UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| TAFS, Inc., | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 4:19 CV 94 |
| | ) | |
| | ) | |
| NANSHAN AMERICA ADVANCED | ) | |
| ALUMINUM TECHNOLOGIES LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
|     **Defendants.** | ) | |

## O R D E R

This matter is before the court on plaintiff's motion for sanctions against defendant TES Logistics, LLC. (DE # 106.) On January 18, 2022, the undersigned referred the dispositive portions of this motion to Magistrate Judge John E. Martin for a report and recommendation. (DE # 109.) Magistrate Judge Martin issued his report and recommendation on February 15, 2022 (DE # 113), and no objections have been filed.

Accordingly, the court now **ADOPTS** the report and recommendation (DE # 113), and **DENIES** plaintiff's motion for sanctions. (DE # 106.) In accordance with Magistrate Judge Martin's report and recommendation, TES is now **ORDERED:**

    1) to respond to interrogatory 3, by:

        a) identifying each item or category of damage;

        b) itemizing each item of its damages;

        c) explaining the calculation used to reach the total claimed;

        d) identifying, by referring to a bates number on each document and cross

    referencing it to an item or category of damage, each document relied

    upon in calculating each item or category; and

  e) identifying, by referring to each item or category of damage, each

    person with knowledge relative to that item or category.

 2) to properly respond to the request for production by:

  a) withdrawing its current production; and

  b) re-tendering all documents relevant to any request, organized and

    labeled to correspond to each request, and cross referenced as needed.

 Further, the court **WARNS** TES that TES's failure to comply is likely to result in greater sanctions, including, but not limited to, dismissal, with prejudice, of its Counterclaim.

 The court also **ORDERS** TAFS to file an itemization of its costs and fees, including attorney's fees, incurred in making the motion for sanctions, with TES to file a response with the court to defendant's request.

           **SO ORDERED.**

Date: April 5, 2022

         s/James T. Moody
         JUDGE JAMES T. MOODY
         UNITED STATES DISTRICT COURT